NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Romero Romero,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, *et al.*,<br><br>    Respondents. | No. CV-15-02018-PHX-JJT<br><br>**ORDER** |

  At issue is the Report and Recommendation (R&R) (Doc. 17) entered by United States Magistrate Judge Bridget S. Bade in this matter recommending that the Court deny the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 as untimely. Petitioner filed no objection to the R&R and the time to do so has now passed. As the R&R warned, Petitioner's failure to object results in the Court accepting the R&R without further review, and issuing an order of judgment pursuant to those recommendations. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

  Even were the Court to conduct further review, the R&R correctly concluded that the statute of limitations for this 2254 petition expired July 11, 2004. Petitioner did not file this petition until more than eleven years latet, and no equitable tolling or other exception to that limitations period applies. The Court therefore must deny and dismiss the Petition.

  IT IS ORDERED denying and dismissing as untimely the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

IT IS FURTHER ORDERED denying a certificate of appealability in this matter because dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable. The Clerk of Court shall close this matter.

Dated this 31st day of October, 2016.

*Honorable John J. Tuchi*
*United States District Judge*